## HUNKING V. FULGHAM.
(Decided Nov. 26, 1912.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

STERLING A. WOOD, and CLEMENT R. WOOD, for appellant. FRANK S. WHITE & SONS, for appellee.

WALKER, P. J.—Appeal dismissed on the authority of *Fulgham v. Hunking*, 6 Ala. App. 68.; 60 South. 417.

---

## ROBERTSON V. THE STATE.
(Decided Dec. 17, 1912.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Affirmed.

---

## ST. JOHN V. THE STATE.
(Decided Jan. 13, 1913.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. J. J. CURTIS.

GUNN & POWELL, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed on the authority of *Swain v. The State*, 7 Ala. App. 5; 60 South. 961.

---

## ST. JOHN V. THE STATE.
(Decided Jan. 13, 1913.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. J. J. CURTIS.

GUNN & POWELL, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed on the authority of *Swain v. The State*, 7 Ala. App. 5; 60 South. 961.